# United States Bankruptcy Court

## District of Connecticut

Filed and Entered
On Docket
October 26, 2017

In re:
Shermils R Perez
Debtor*

Case Number: 17−31589 amn
Chapter: 7

United States Postal Service
Involuntary Deductions Unit
2825 Lone Oak Parkway
Eagan, MN 55121−9650

In re: Shermils R Perez
Case Number: 17−31589
Chapter: 7
Judge: Ann M. Nevins

Dear USPS − Involuntary Deductions Unit

This letter serves as notice that the above referenced individual filed a bankruptcy petition on October 19, 2017. This means that an AUTOMATIC STAY preventing any further wage executions or wage garnishments is now in effect pursuant to 11 United States Code, § 362. Because there is now an automatic stay in effect, all persons (including you or your company as an employer) are prohibited by law from taking additional collection action, including implementing wage garnishments.

The statute also prohibits:

*...any act or proceeding to recover a claim against the Debtor that arose before commencement of the case under Title 11, including the commencement or continuation of any judicial or other proceedings or the enforement of any judgment against the Debtor or his property, or any act to obtain possession of or create, perfect or enforce a lien against property of the estate or of the Debtor or any setoff of other act to collect, assess or recover such a claim.*

An exception is any wage executions that have been levied for the collection of alimony, maintenance or support which are exempt from the automatic stay pursuant to 11 United States Code § 362(b)(2).

All wage garnishments for this individual should cease immediately, except wage garnishments or levies for the collection of alimony or maintenance or support.

Dated: October 26, 2017

BY THE COURT

Myrna Atwater
Clerk of Court

Form 180 − ts

*For the purposes of this notice, "Debtor" means "Debtors" where applicable.