United States Bankruptcy Court
District of Connecticut

In re:
Shermils R Perez
Debtor

Case No. 17-31589-amn
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0205-3 User: admin Page 1 of 2 Date Rcvd: Jan 31, 2018
Form ID: 318 Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2018.

db +Shermils R Perez, 100 Grand Street Apt. 4B, Waterbury, CT 06702-1908
8801309 +Alliance Medical Group, ATTN: Steven Schneider, President, 1625 Straits Turnpike, Middlebury, CT 06762-1836
8801312 +Citibank Financial, ATTN: Jud Linville, CEO, 388 Greenwich Street, New York, NY 10013-2375
8801313 +City of Waterbury, ATTN: David Dietsch - Tax Assessor, 235 Grand Street, Waterbury, CT 06702-1915
8801317 +Eagan Accounting Service Center, ATTN: Manager, Involuntary Deductions U, 2825 Lone Oak Parkway, Eagan, MN 55121-1551
8801320 +Global Lending Service, ATTN: Steven Thibodeau, President & CEO, 3399 Peachtree Road NE #400, Atlanta, GA 30326-2825
8801321 #+Isabella Gracy, 172 Foster Street #1, New Haven, CT 06511-2653
8801323 +Law Office of William E. Carter, 658 Broad Street, Meriden, CT 06450-4336
8801324 +Law Offices of Howard Lee Schiff PC, ATTN: Christopher T. Moylan, President, 510 Tolland Street, East Hartford, CT 06108-2523
8801325 +Lisa H. Stevenson, Connecticut State Marshal, P.O. Box 1738, Manchester, CT 06045-1738
8801326 +London & London, ATTN: Russel L. London, Managing Partne, 48 Christian Lane, Newington, CT 06111-5437
8801329 +Scient Federal Credit Union, ATTN: David Purcell, President, 60 Colver Avenue, Groton, CT 06340-3808

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

8801310 +EDI: AMEREXPR.COM Jan 31 2018 18:33:00 American Express, ATTN: Kenneth Chenault, Chairman & CEO, 200 Vesey Street, New York, NE 10285-0002
8801311 +EDI: CAPITALONE.COM Jan 31 2018 18:33:00 Capital One, ATTN: Richard Fairbank, President & CEO, 1680 Capital One Drive, Mc Lean, VA 22102-3407
8801314 +EDI: WFNNB.COM Jan 31 2018 18:33:00 Comenity Bank, ATTN: John J. Coane, President, One Righter Parkway Suite 100, Columbus, OH 19803-1533
8801315 +EDI: RCSFNBMARIN.COM Jan 31 2018 18:33:00 Credit One Bank NA, ATTN: Robert DeJong, President, 585 Pilot Road, Las Vegas, NV 89119-3619
8801316 EDI: DISCOVER.COM Jan 31 2018 18:33:00 Discover Financial, ATTN: Roger Hochschild, President & CEO, 2500 Lake Cook Road, Riverwoods, IL 60015
8801318 +EDI: BLUESTEM Jan 31 2018 18:34:00 Fingerhut, ATTN: Ted Deikel, Chairman & CEO, 7075 Flying Cloud Drive, Eden Prairie, MN 55344-3532
8801319 +E-mail/Text: jennifer.macedo@gatewayonelending.com Jan 31 2018 18:40:33 Gateway One Lending & Finance, ATTN: Todd A. Pierson, President, 160 N Riverview Drive Suite 100, Anaheim, CA 92808-2293
8801322 EDI: JEFFERSONCAP.COM Jan 31 2018 18:33:00 Jefferson Capital Systems, LLC, ATTN: David M. Burton, President & CEO, 16 McLeland Road, Saint Cloud, MN 56303
8801327 +EDI: MID8.COM Jan 31 2018 18:33:00 Midland Funding LLC, ATTN: Brandon Black, CEO, 2365 Northside Drive Suite 300, San Diego, CA 92108-2709
8801855 +EDI: PRA.COM Jan 31 2018 18:33:00 PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021
8801328 +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jan 31 2018 18:42:54 Regional Acceptance Corporation, ATTN: William C. Jones, President, 1424 East Fire Tower Road, Greenville, NC 27858-4105
8801330 +E-mail/Text: BKRMailOPS@weltman.com Jan 31 2018 18:40:39 Sterling Jewelers, Inc., ATTN: Virginia C. Drosos, President & C, 375 Ghent Road, Akron, OH 44333-4600
8801901 +EDI: RMSC.COM Jan 31 2018 18:34:00 Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021
8801331 +EDI: RMSC.COM Jan 31 2018 18:34:00 Synchrony Bank Financial Services, ATTN: Margaret Keane, President & CEO, 777 Long Ridge Road, Stamford, CT 06902-1247
8801333 EDI: TDBANKNORTH.COM Jan 31 2018 18:34:00 TD Bank, N.A., ATTN: Bharat Masrani, President & CEO, 1701 Marlton Pike East, Cherry Hill, NJ 08034
8801332 +EDI: WTRRNBANK.COM Jan 31 2018 18:33:00 Target Financial Services, ATTN: Scott Kennedy, President, 8550 S. Priest Drive, Tempe, AZ 85284-1902
8801334 +E-mail/Text: bankruptcydepartment@tsico.com Jan 31 2018 18:41:03 Transworld Systems Inc., ATTN: Joseph Laughlin, CEO, 507 Prudential Road, Horsham, PA 19044-2308

TOTAL: 17

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

cr* +Synchrony Bank, c/o PRA Receivables Management, LLC, P.O. Box 41021, Norfolk, VA 23541-1021

TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2018 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2018 at the address(es) listed below:

George I. Roumeliotis trustee@roumeliotislaw.com, groumeliotis@ecf.epiqsystems.com
George I. Roumeliotis on behalf of Trustee George I. Roumeliotis trustee@roumeliotislaw.com, groumeliotis@ecf.epiqsystems.com
U. S. Trustee USTPRegion02.NH.ECF@USDOJ.GOV
William E. Carter on behalf of Debtor Shermils R Perez bankruptcy@carterlawllc.com, lawofficeofwilliamecarter@jubileebk.net

TOTAL: 4

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Shermils R Perez** | Social Security number or ITIN | **xxx−xx−6973** |
| | First Name Middle Name Last Name | EIN | _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **District of Connecticut** | | |
| Case number: | **17−31589 amn** | | |

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Shermils R Perez

1/31/18

**By the court:** Ann M. Nevins
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**